IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BEENICK, JR., | : | Case No. 4:14-cv-01562 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| Mr. LEFEBVRE, et al., | : | |
| | : | (Magistrate Judge Saporito) |
| Defendants. | : | |

**ORDER**

September 26, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. United States Magistrate Judge Joseph F. Saporito, Jr.'s Report and Recommendation (ECF No. 53) is ADOPTED in its entirety.

2. Defendants' Motion for Summary Judgment (ECF No. 45) is GRANTED.

3. Plaintiff's Motion for Partial Summary Judgment (ECF No. 37) is DENIED.

4. The Clerk is directed to enter final judgment in favor of Defendants and to close the case.

5. A Certificate of Appealability will not issue.

BY THE COURT:

    s/ Matthew W. Brann
Matthew W. Brann
United States District Judge